IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MOGLIA,

    Plaintiff,

  v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,

    Defendant.

No. C 10-04541 WHA

**ORDER REGARDING SETTLEMENT AND DISMISSAL**

According to the certification of mediation filed last April, the parties have fully settled this matter (Dkt. No. 19). If so, the parties are required to file a stipulation of dismissal under FRCP 41(a)(1)(A)(ii) to terminate this action. Until then, all case management dates, including the pretrial conference and trial date, are still in effect. The parties shall file a dismissal or case management statement by **NOON ON FEBRUARY 8, 2012**.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE